JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**, | No. CV 19-08694-JAK (Ex) |
| Plaintiff, | ORDER RE RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES, AND STIPULATION RE UNSEALING OF CASE |
| v. | |
| **[UNDER SEAL]**, | **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* BRUCE DWIGHT LINDSEY,<br><br>       Plaintiff,<br><br>       v.<br><br>SONIC HEALTHCARE LIMITED; SONIC HEALTHCARE USA; WESTPAC LABS, INC.; DR. PHILIP C. CHEN; HEMARANI SIVARAJAN; JOHN DOE 1-15; and JANE DOE 1-15,<br><br>       Defendants. | No. CV 19-08694-JAK (Ex)<br><br>ORDER RE RELATOR'S REQUEST FOR DISMISSAL OF ACTION, CONSENT BY THE UNITED STATES, AND STIPULATION RE UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

*Qui tam* plaintiff Bruce Dwight Lindsey ("Relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action be dismissed without prejudice; the United States of America having consented, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1), to such dismissal without prejudice; and the Relator and the United States having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

1. This action is dismissed without prejudice.

2. The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.

3. Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

   a. The Relator's Complaint (Dkt. 1);

   b. Relator's Request for Dismissal of Action, Consent by the United States, and Stipulation Re Unsealing of Case; and

   c. This Order.

4. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

**IT IS SO ORDERED.**

Dated: June _23___, 2021

_____
John A. Kronstadt
United States District Judge